IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN SCOTT JANDREAU,<br><br>Defendant. | **8:23CR147**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on defendant Nathan Scott Jandreau's ("Jandreau") *pro se* Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 36). Jandreau claims that he is entitled to a sentence reduction based upon Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G.").

18 U.S.C. § 3582(c)(2) provides that a court may modify a sentence:

> in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of the defendant . . . , the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Jandreau claims that he was assigned status points at the time of his sentencing and that if he were to be sentenced today, he would not have received such status points. Jandreau is not entitled to relief here. First, the 2023 U.S.S.G. Guideline Manual was applied at his sentencing, and therefore no Amendment 821 relief is available to him. Second, because Jandreau was a career offender, his criminal history category became VI in any event. Amendment 821 does not change that.

Jandreau's Motion to Reduce Sentence (Filing No. 36) is denied.

IT IS SO ORDERED.

Dated this 15th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge